**TAKOTA CORPORATION, Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 2010–5042.

United States Court of Appeals, Federal Circuit.

Nov. 5, 2010.

Robert J. Symon, Bradley, Arant, Rose & White, LLP, of Washington, DC, for plaintiff-appellant.

Jane C. Dempsey, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, for defendant-appellee. With her on the brief were Tony West, Assistant Attorney Director, Jeanne E. Davidson, Director, and Bryant G. Snee, Deputy Director.

RADER, Chief Judge, LOURIE and DYK, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**